IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 11-cv-03211-CMA-CBS

DELMA DUNCAN,

    Plaintiff,

v.

STALEY, LAWHORN & LEBOWSKI, INC.,

    Defendant.

---

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

---

Pursuant to Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. # 7), it is ORDERED that this matter is DISMISSED WITHOUT PREJUDICE.

DATED:  February   23  , 2012

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge